**STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT**

I, Tonya Sturgill Griffith, a Special Agent, assigned to the Federal Bureau of Investigation (FBI), Child Exploitation Task Force (hereinafter the "affiant"), being duly sworn, depose and state as follows:

I am a Special Agent with the Federal Bureau of Investigation and have been since February of 2002. I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency. Since joining the FBI, I have investigated violations of federal law involving organized crime, drug trafficking, extra-territorial crime, and terrorism. I currently investigate federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training and work related to conducting these types of investigations. As a federal agent, I am authorized to investigate violations of laws of the United States and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

During the course of Detective Timothy Palchak's duties as an undercover task force officer ("UC") with the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, your affiant knows that UC Palchak has posted numerous online bulletin messages on specific social media forums, which, based on your affiant's experience and information gathered from other sources, are websites that are frequented by individuals who have a sexual interest in children and incest. The bulletin messages were intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo" and "perv." Included in these bulletin messages was the UC's KIK messenger username. Note that KIK is a free texting application for mobile devices.

On August 1, 2016, an individual with KIK username "dn1141," who was subsequently identified as Nimrod Shalom ("SHALOM"), contacted the UC through KIK messenger. SHALOM immediately inquired about whether the UC had a child, the age of the child, and whether the UC "play[ed]" sexually with the child. In response, the UC replied that his daughter was 9 years old and that he was sexually active with the child.

SHALOM stated that he was sexually active with his 4-year old daughter. SHALOM sent an image of a child, who appeared to be approximately 4 years old, propped up on her hands and knees on a bed with her mouth partially open. The child appeared to be wearing black stockings.

SHALOM continued to discuss his sexual interest in children with the UC over KIK messenger throughout the day. SHALOM stated that he did not live in the United States, but where he lives, "no one cares what you do." SHALOM asked the UC to send him images of the UC's 9-year-old daughter, and continued to send the UC child pornographic images of the same child that SHALOM stated was his 4-year-old daughter.

Specifically, SHALOM sent an image of a child, who appeared to be between the ages of 4 and 6 years old, sprawled on a bed with her arms up by her head and her legs spread apart. The child is wearing only black garter stockings and her genitalia is the focal point of the image. SHALOM also sent two images of the same child, lying on her back; an adult hand is spreading apart her buttocks so that her anus and vagina are exposed. The UC was in the District of Columbia when SHALOM distributed these three child pornographic images to him over KIK.

SHALOM inquired as to when the UC would be seeing his daughter again, and the UC stated that his daughter would be with him later that day. SHALOM requested

that the UC take photographs of the child "fully naked" or of "her ass" and that the UC should text SHALOM when the child arrives so that they could have "some fun…"

Due to SHALOM's statements of sexually abusing his 4-year-old daughter, an emergency disclosure request was sent to KIK for subscriber information associated with the target KIK username, "dn1141." KIK's response contained two IP addresses from which the KIK account was accessed between July 30, 2016 and August 1, 2016. Both IP addresses resolved to Internet Service Providers (ISPs) in Israel.

Contact was made with Legal Attache (LEGAT) personnel in Tel Aviv, Israel. Investigative information collected by the FBI Child Exploitation Task Force, including the IP addresses associated with the KIK username "dn1141," were provided to LEGAT personnel in Tel Aviv, Israel. LEGAT personnel then provided this information to the Israeli National Police. The Israeli National Police identified that the IP address of 5.102.254.228, which was used during the KIK communications with the UC, was associated with xfone 018 ltd, an Israeli telecommunications company. The Israeli National Police submitted an emergency request to xfone 018, requesting subscriber information for this IP address. Xfone 018 responded that Nimrod Shalom (SHALOM), with an address in Ramat Gan, Israel, was the subscriber of the IP address.

Notably, SHALOM maintains dual citizenship with the United States and Israel. SHALOM has a prior sexual offense conviction from May 2015 in the state of California. Specifically, police reports from that offense indicate that SHALOM solicited his ex-girlfriend to send him naked photographs of herself and her 2-year old child. SHALOM pled guilty to Possession of Child Pornography in May 2015. SHALOM then moved to Israel on February 20, 2016.

Based on the information provided by LEGAT to the Israeli National Police, on August 2, 2016, SHALOM was arrested by the Israeli National Police. Subsequent to his arrest, law enforcement determined that SHALOM did not have a 4-year-old daughter nor did he have access to any other children.  The child pornography images that SHALOM distributed to the UC are believed to have been recently produced in Russia.

At the time of his arrest in Israel, SHALOM was in possession of an iPhone. This phone was examined by Israeli law enforcement, and it was determined that there were approximately 23 deleted images of child pornography on the iPhone, including the images that were sent to the UC.  Forensic examination also revealed that the KIK application was deleted from SHALOM's iPhone in close proximity to when the Israeli National Police knocked on his door.

SHALOM was interviewed by Israeli law enforcement officials, and admitted to having used KIK to chat with people who had child pornography albums on imgsrc.ru.  SHALOM stated that he tried to see what these individuals would send to him by pretending to be a father with access to a child.  Note that imgsrc.ru is a free photo-sharing website, based in Russia, which allows users to post images of any content to their photo albums.  SHALOM admitted to sending child pornography over KIK the day prior to his arrest.

Your affiant is also aware that SHALOM was communicating with a second undercover officer, Special Agent (SA) David Fife, who was located in Portland, Maine during this same time period.  Specifically, on July 31, 2016, while SA Fife was working in an UC capacity, SA Fife received a KIK message from "dn1141-" SHALOM's KIK username.  SHALOM similarly expressed a sexual interest in children and inquired as to

the age of SA Fife's child.  SA Fife informed SHALOM that his daughter was 12 years old.  Thereafter, SHALOM sent child pornographic images of his purported daughter to SA Fife, including the same image that SHALOM subsequently distributed to the undercover officer in Washington, D.C. – that was, an image of a child, who appeared to be between the ages of 4 and 6 years old, lying on her back as an adult hand spreads apart her buttocks so that her anus and vagina are exposed.

Accordingly, on August 1, 2016, SA Fife submitted a Department of Homeland Security summons and emergency disclosure request to KIK Interactive for subscriber information associated with the username "dn1141." On the same date, SA Fife received a response from KIK, stating that the profile had been created on April 4, 2016, and had been accessed from IP addresses that predominately geolocated to the region of Tel Aviv, Israel.

Your affiant is aware that Israeli authorities have released SHALOM and that Israeli prosecutors are considering charging SHALOM with Possession of Child Pornography, Distribution of Child Pornography and Disruption of Proceedings.  Your affiant is aware from talking with the lead investigator in Israel that SHALOM may face, at most, a few months of imprisonment as a sentence in Israel.

SHALOM has booked a flight from Tel Aviv, Israel to Los Angeles, California, with a scheduled arrival in the United States in the afternoon on August 19, 2016.  Based on the foregoing, your affiant believes that there is probable cause to believe that on August 1, 2016, within the District of Columbia, NIMROD SHALOM committed the

offense of Distribution of Child Pornography, in violation of 18 U.S.C. Section §2252(a)(2).

_____
SA Tonya Sturgill Griffith
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of August, 2016

_____
Chief Judge Beryl A. Howell